# UNITED STATES DISTRICT COURT
PROBATION AND PRETRIAL SERVICES
NORTHERN DISTRICT OF TEXAS



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:16-MJ-00165-BJ(1) |
| v. ) | |
| ) | **FILED** |
| ALBERT CENICEROS ) | MAY 12 2016 |
| ) | CLERK, U.S. DISTRICT COURT |
| | By_____ Deputy |

## Report of Violation of Conditions of Pretrial Release

COMES NOW Robert Honstein, U.S. Probation Officer, presenting a report to the court upon the conduct of defendant, Albert Ceniceros, who was placed on pretrial release supervision by the Honorable U.S. Magistrate Judge Jeffrey L. Cureton sitting in the court at Fort Worth, Texas, on April 7, 2016, under the following conditions:

(1) The defendant must not violate any federal, state or local law while on release.

(7m) The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

The undersigned has information that the defendant has violated such conditions in each of the following respects:

On April 26, 2016, the defendant contacted U.S. Probation Officer Robert Honstein and stated he was on his way to the U.S. Probation Office to discuss an urgent matter. The defendant reported to the probation office and admitted he used methamphetamines the day before at an associate's house. The defendant stated he was stressed because he is unemployed and his landlord has been threatening to evict him and his mother. The defendant was admonished and advised that his violation could result in his bond being revoked. A plan was devised with the defendant to help him with his employment and social needs. The defendant stated that he is willing to address his drug relapse violation with the court and that relapse will not happen again.

The undersigned suggests to the court that no action be taken at this time. The defendant is participating in intensive outpatient drug treatment and is no longer testing positive for illicit drugs.

I declare under penalty of perjury that the foregoing is
true and correct.

Executed on May 9, 2016                                    Approved,

s/Robert Honstein                                          s/Angela Roberson
U.S. Probation Officer                                     Senior U.S. Probation Officer
817-900-1876                                               214-753-2466

## Order

Having considered the report of the Probation Office pertaining to possible violations by defendant, Albert Ceniceros, of his/her conditions of pretrial release, the court ORDERS that:

☑ No action be taken.

☐ The Order Setting Conditions of Release is modified to include the following:

☐ A summons be issued and the defendant appear before a judge of this court to determine whether his/her conditions of pretrial release should be revoked.

☐ A violator's warrant be issued, and the above-named defendant be arrested forthwith and brought before a judge of this court to determine whether his/her conditions of pretrial release should be revoked. Petition and warrant sealed and not be distributed to counsel of record until effectuated.

☐ The office of the U.S. Attorney for the Northern District of Texas file a motion to revoke the conditions of the defendant's pretrial release, consistent with the information contained in the foregoing Report, and take such steps as are necessary to present such motion at the hearing thereon.

☐ File under seal until further order of the Court.

_____
Jeffrey L Cureton
U.S. Magistrate Judge

Date  5/12/16

UNITED STATES DISTRICT COURT
PROBATION AND PRETRIAL SERVICES
NORTHERN DISTRICT OF TEXAS

## Admission of Drug Use

I, Albert Ceniceros, hereby admit that I have used the following drug(s) on the date(s) indicated below without proper medical authorization in the form of a valid prescription or physician's instructions:

| Drug | Date |
|---|---|
| Methamphetamines | 04/25/2016 |

This admission of drug use is made voluntarily and without threat or promise, and I understand that it can be used against me in a Court of Law or U.S. Parole Commission proceeding.

Signed: *Albert Wade Ceniceros*

Date: 4/26/2016

Witness: *[signature]*